UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 05832
   VINCENT T KASPRZAK
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-7237
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/20/06 and confirmed on 07/14/06.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  30990.00 .

   4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MTGE | MORTGAGE ARRE | 19482.03 | .00 | 19482.03 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 7451.95 | 449.53 | 7451.95 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 524.13 | 23.61 | 524.13 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 173.92 | 10.16 | 173.92 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |

         Summary of disbursements:
---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 26933.98 | .00 | 698.05 | .00 | 27632.03 |
| PRINCIPAL PAID | 26933.98 | .00 | 698.05 | .00 | 27632.03 |
| INTEREST PAID | 449.53 | .00 | 33.77 | .00 | 483.30 |
| TOTAL PAID | 27383.51 | .00 | 731.82 | .00 | 28115.33 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   2500.00
and was paid $   1000.00   direct and $    1500.00   through the plan.

The Trustee received $    1369.39 .

Refunds to the Debtor totaled $        5.28 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 02/11/09                            /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE